1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MOPHIE, INC., a California Corporation formerly known as mSTATION Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAMON HASTINGS, an Individual, YOUR ONLINE BOOKSTORE, a business entity of an unknown nature, BOOKTROLLS LLC, a Texas Limited Liability Company, and Does 1-10, Inclusive,<br><br>Defendants. | Case No. SACV12-1326 JST (RNBx)<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
|---|---|

The Court, pursuant to the Stipulation of Dismissal of Entire Action Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("Stipulation"), between Plaintiff MOPHIE, INC. ("Plaintiff"), DAMON HASTINGS, BOOKTROLLS, LLC, and YOUR ONLINE BOOKSTORE

1  (collectively "Defendants"), through their respective counsels of record, hereby
2  ORDERS, ADJUDICATES and DECREES that this action be dismissed, in its
3  entirety, with prejudice.
4      The Court further orders that the parties are to bear their own attorney's
5  fees and costs.
6      IT IS SO ORDERED, ADJUDICATED and DECREED this 12th day of
7  March, 2013.

_____
HON. JOSEPHINE STATON TUCKER
United States District Judge
Central District of California